## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF OREGON

THOMAS M. HA,

                Petitioner,

      v.

ROB PERRSON, Superintendent,
Oregon State Correctional Institution,

                Respondent

**Case No. 6:14-cv-01474-MO**

**ORDER DISMISSING HABEAS CORPUS PETITION WITHOUT PREJUDICE**

This matter having come before the Court on the motion of the petitioner to voluntarily dismiss his habeas corpus petition without prejudice,

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is dismissed without prejudice.

Dated this _____ day of _April_____, 2015.

                _____
                Michael W. Mosman
                United States District Court Judge

Submitted by:


/s/ Anthony D. Bornstein_____
Anthony D. Bornstein
Assistant Federal Public Defender